Todd L. Bice #4534
Emily A. Buchwald #13442
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com
eab@pisanellibice.com

*Attorneys for Defendant*
*MGM Resorts International*

MICHAEL C. KANE, ESQ. #10096
BRADLEY J. MYERS, ESQ. #8857
BRETT J. SCHWARTZ, ESQ. #13755
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: service@the702firm.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARI CARTAGENOVA, STEPHANIE MCWILLIAMS, THOMAS SAKOWYCH, JASPER KO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:24-cv-00999-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**<br>**(SECOND REQUEST)** |

1    Pursuant to LR IA 6-1, Plaintiffs Mari Cartagenova, Stephanie McWilliams, Thomas Sakowych, and Jasper Ko, and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended 60 days from the current deadline of July 22, 2024 to September 20, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The first stipulation was granted in part and denied in part on June 20, 2024, when the court extended the responsive deadline to July 22, 2024, choosing a concrete date rather than tethering the date to MGM's then-forthcoming Motion to Consolidate, noting that the motion had not yet been filed. ECF No. 9. MGM has since filed the Motion to Consolidate. ECF No. 10.

Good cause exists to enlarge the time for MGM to respond to the Complaint. On March 22, 2024, four courts in this District consolidated thirteen other actions pending against MGM. The Courts found that "[t]hese related actions allege nearly identical claims against Defendants, arising from MGM's alleged failures to adequately safeguard the personally identifiable information ('PII') of its customers, and the cyberattack and data breach to MGM systems in September 2023 in which the PII of all Plaintiffs and proposed Class Members was allegedly disclosed and compromised." *Owens v. MGM Resorts Int'l*, Case No. 2:23-cv-1480, ECF No. 32, at 5. Similarly, Plaintiffs here allege their claims "arise[] out of a recent cyber attack" involving "individuals who were members of MGM's loyalty program" that occurred in September 2023. *See* Compl., ECF No. 1, ¶¶ 2–3.

Pursuant to LR 42-1, MGM filed a Notice of Related Actions on June 10, 2024, and a Motion to Consolidate on July 11, 2024. *See* ECF No. 6; ECF No. 10. However, the Court has not acted on the Motion to Consolidate. The Parties agree that MGM's time to respond to the Complaint should be extended 60 days until September 20, 2024 so that the Court may have a chance to resolve the Motion to Consolidate.

The Parties' request is made in good faith to conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM's time to answer, move, or otherwise respond to the Complaint shall be extended until September 20, 2024.

Dated: July 22, 2024

Respectfully submitted,

  */s/ Brett J. Schwartz*
MICHAEL C. KANE, ESQ.
BRADLEY J. MYERS, ESQ.
BRETT J. SCHWARTZ, ESQ.
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: service@the702firm.com

*Attorneys for Plaintiff and the Proposed Class*

  */s/ Emily A. Buchwald*
Todd L. Bice
Emily A. Buchwald
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com
eab@pisanellibice.com

*Attorneys for Defendant MGM Resorts International*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2024

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:24-CV-00999

3